# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-073-DCK

| | |
|---|---|
| ANA MONTOYA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| WAL-MART STORES EAST, LP, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Lin B. Hollowell, filed a "Certification Of Mediation Session" (Document No. 7) notifying the Court that the parties reached a settlement on October 29, 2019. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **December 6, 2019**.

**SO ORDERED**.

Signed: November 6, 2019

David C. Keesler
United States Magistrate Judge