IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:19-cv-73

| | |
|---|---|
| ANA MONTOYA )<br>)<br>　Plaintiff, )<br>)<br>VS. )<br>)<br>WAL-MART STORES EAST, LP )<br>)<br>　Defendant. ) | **STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby stipulate to the dismissal of this action with prejudice.

This the 5th day of December, 2019.

| | |
|---|---|
| /s/Mark S. Jetton, Jr. | /s/Justin N. Davis |
| Mark S. Jetton, Jr. | Justin N. Davis |
| Attorney for Plaintiff | Attorney for Defendant |
| NC Bar #: 39786 | NC Bar #: 27780 |
| Jetton & Meredith, PLLC | Mullen Holland & Cooper, P.A. |
| 216 N. McDowell Street, Suite 110 | 301 S. York St. |
| Charlotte, NC 28204 | Gastonia, NC 28052 |
| (704) 333-1114 | (704) 864-6751 |
| Fax – (704) 335-0448 | Fax – (704) 861-8394 |
| markjetton@jettonmeredithlaw.com | jdavis@mhc-law.com |

{M0231108.1}

## CERTIFICATE OF SERVICE

This is to certify that I have this day served

>Mr. Mark S. Jetton, Jr.
>Jetton & Meredith, PLLC
>216 N. McDowell Street, Suite 110
>Charlotte, North Carolina 28204
>markjetton@jettonmeredithlaw.com

>Attorney for Plaintiff

in the foregoing matter with a copy of this Stipulation of Dismissal with Prejudice by first-class mail and by electronic filing using the CM/ECF system, which will send notification of the filing to Plaintiff's counsel at the above email address.

This the 5th day of December, 2019.

>/s/Justin N. Davis
>Justin N. Davis
>Attorney for Defendant